**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| COREY BEVINS,           ) | CASE NO. 4:16 CV 2942 |
|                         ) | |
|     Plaintiff,    ) | JUDGE JOHN R. ADAMS |
|                         ) | |
|     v.            ) | |
|                         ) | MEMORANDUM OF OPINION |
| BECKER COUNTY, MINNESOTA, *et al.*, ) | AND ORDER |
|                         ) | |
|     Defendants.   ) | |

*Pro se* Plaintiff Corey Bevins filed this action against Becker County, Minnesota, the Becker County Jail, the Becker County Sheriff's Department, the Becker County Sheriff, Former Becker County Jail Manager Randy Hodges, three Unknown Becker County Jail Staff Officers, Unknown Staff in the Becker County Jail Medical Department, and Essentia Health - St. Mary's Hospital.  In the Complaint, Plaintiff alleges Becker County Jail employees provided negligent medical care resulting in his hospitalization in the intensive care unit ("ICU").  He seeks monetary relief.

The Northern District of Ohio is not the proper venue for this action.  A civil action may be brought only in: (1) a judicial district where any Defendant resides, if all Defendants reside in the state in which the Court is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) if there is no district in which an action may otherwise be brought as provided by this section, any judicial district in which any

Defendant is subject to the Court's personal jurisdiction with respect to the action brought. 28 U.S.C. § 1391(b). Here, the Defendants are all residents of Minnesota. The events giving rise to the Complaint occurred in Minnesota.

Title 28 U.S.C. § 1406(a) provides that an improperly venued action shall be dismissed unless it is "in the interest of justice" that it be transferred to a district or division in which it could have been brought. For the reasons stated below, the Court finds that it would be in the interest of justice to transfer this matter.

Accordingly, this action is transferred to the United States District Court for the District of Minnesota.

IT IS SO ORDERED.


Date: <u>December 20, 2016</u>        <u>/s/ John R. Adams</u>
                                  JOHN R. ADAMS
                                  UNITED STATES DISTRICT JUDGE