# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Corey Bevins, | Civ. No. 16-4340 (DWF/BRT) |
| Plaintiff, | |
| v. | |
| Becker County, Minnesota, et al., | **ORDER** |
| Defendants. | |

Defendant St. Mary's Regional Health Center moved for summary judgment on April 13, 2018. (Doc. No. 120.) The remaining defendants moved for summary judgment on April 16, 2018. (Doc. No. 126.) Plaintiff's responses to these motions shall be filed with the Court on or before **May 11, 2018**. Replies to dispositive motions shall be served and filed **14 days** following service of the response to the dispositive motion.

Also before the Court is a motion filed by Plaintiff for the production of the tribal contract between the federal government and the White Earth Band of Chippewa Indians. (Doc. No. 117.) He contends that this information is necessary to prove that the federal government did not possess the authority to prosecute Native American Indians before March of 2013. (*Id.* at 2.) Plaintiff has failed to show that this information is relevant to the instant lawsuit, which involves claims that Defendants were deliberately indifferent to Plaintiff's serious medical needs. *See* Fed. R. Civ. P. 26(b)(1). Therefore, Plaintiff's motion (Doc. No. 117) is **DENIED**.

2

Date: April 17, 2018.

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge