# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Corey Bevins,                                       Civ. No. 16-4340 (DWF/BRT)

        Plaintiff,

v.

Becker County, Minnesota, et al.,

        Defendants.                              **ORDER**

---

This matter comes before the Court on Defendant Innovis Health, LLC's motion for joinder, or in the alternative, for an extension of the discovery and dispositive motion deadlines. (Doc. No. 141.) Innovis Health moves to join the motion for summary judgment filed by co-defendant St. Mary's Regional Health Center and to seek summary judgment for the same grounds articulated in that motion. (*See* Doc. Nos. 126, 148.) Innovis Health was not a party to this action until it was served with process on April 13, 2018, three days before the dispositive motion deadline. (*See* Doc. Nos. 93, 138.) Therefore, the Court finds good cause to extend the dispositive motion deadline in order to allow Innovis Health to join St. Mary's motion.

Innovis Health's Motion for Joinder (Doc. No. 141) is **GRANTED**. The previously-established briefing schedule remains in place. (*See* Doc. No. 137.)

Date: April 24, 2018.

                                        *s/ Becky R. Thorson*
                                        BECKY R. THORSON
                                        United States Magistrate Judge